# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **LEXCORP,** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. 4:10cv00027 |
| | ) |
| **v.** | ) |
| | ) By: Hon. Michael F. Urbanski |
| **WESTERN WORLD INSURANCE** | ) United States Magistrate Judge |
| **COMPANY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is

## ORDERED

that this case be **REMANDED** to the Circuit Court of Henry County due to the lack of subject matter jurisdiction, and that this federal action be dismissed and stricken from the docket of the court. As such, all other pending motions in this case are **DENIED** as moot.

Entered: October 1, 2010.

/s/ Michael F. Urbanski

Michael F. Urbanski
United States Magistrate Judge